UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HOWARD BIGHAM, III,

    Plaintiff,

v.                                        CASE No. 12-13411-DT

BARNETT JONES, ET AL.,

    Defendants.

_____/

## JUDGMENT

In accordance with the "Order Adopting Magistrate Judge's Report and Recommendation Dismissing with prejudice Plaintiff's Complaint and Terminating as moot Defendants' Motion for Summary Judgement" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff John Howard Bigham, III.

Dated at Detroit, Michigan, this 25th day January, 2015.

                                          DAVID J. WEAVER
                                          CLERK OF COURT

                                          BY: s/Lisa Wagner
                                          Lisa Wagner Case Manager to
                                          Judge Robert H. Cleland

.